IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:08 cr 35

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| TODD MARSHALL CLINGER, II, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Bond & Detention Hearing (#34) filed by Anthony Alan Coxie, attorney for Defendant. In the motion, Defendant's counsel argues that the Defendant, who had previously requested that his detention hearing be continued for cause, now be allowed to be heard as to the issue of detention. The undersigned finds that good cause has been shown for the granting of the motion and will allow the motion for the Defendant to be heard as to the issue of detention.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Bond & Detention Hearing (#34) is hereby **ALLOWED** and a detention hearing will be heard in this matter.

Signed: August 4, 2014

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge